### McKENZIE TRUST COMPANY *v.* BULLARD *et al.*

ATKINSON, J. Properly construed, the petition and counter-petition constitute plain actions of law based on contract, and the remedies provided by law are adequate; for which reason it follows that equity has no jurisdiction, notwithstanding the waiver of discovery and the prayer for accounting, there being no facts alleged which show that resort to equity is necessary to secure an accounting. It follows from the above ruling that this court is without jurisdiction to pass upon the assignments of error in the bill of exceptions sued out in this case, but that the Court of Appeals has such jurisdiction. It is ordered that the case be transferred to the Court of Appeals. *Burress* v. *Montgomery,* 148 *Ga.* 548 (97 S. E. 538); *Arthur Tufts Co.* v. *DeJarnette Supply Co.,* 158 *Ga.* 85 (123 S. E. 16).

     *All the Justices concur, except Russell, C. J., who dissents.*

     No. 4331. FEBRUARY 28, 1925.

Petition. Before Judge E. D. Thomas. Fulton superior court. February 19, 1924.

*McElreath & Scott,* for plaintiff in error.

*Roy Lewis,* contra.

---

### LUFBURROW *v.* NEWTON *et al.*

ATKINSON, J. This court being without jurisdiction, and the case falling within the jurisdiction of the Court of Appeals, the case is transferred to the latter court. *Colley* v. *Atlanta & West Point R. Co.* 156 *Ga.* 43 (118 S. E. 712).      *All the Justices concur.*

     No. 4433. FEBRUARY 28, 1925.

Petition. Before Judge Strange. Screven superior court. May 6, 1924.

*M. R. Lufburrow* and *H. A. Boykin,* for plaintiff in error.

*E. M. Dyal* and *Overstreet & Overstreet,* contra.